UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| JORGE PILAR GARCIA, ZACHARY DUCLOS, GEORGE KENT, and JENNIFER MILLER, on behalf of themselves and all others similarly situated, | x : : : : : |
| Plaintiffs, | Case No. 1:13-cv-12536-PBS : : |
| v. | : **ORAL ARGUMENT** : **REQUESTED** |
| E.J. AMUSEMENTS OF NEW HAMPSHIRE, INC. d/b/a FIESTA SHOWS; FIESTA SHOWS, INC. d/b/a FIESTA SHOWS; ATSEIF FESTIVAL MOBILE, INC. d/b/a FIESTA SHOWS; EUGENE DEAN III; EUGENE DEAN; LINDA CHAGROS; NORMA DEAN; and MARY DEAN, | : : : : : : : : |
| Defendants. | : x |

**NON-PARTY CENTRO DE LOS DERECHOS DEL MIGRANTE, INC.'S
MOTION TO QUASH SUBPOENA AND FOR A PROTECTIVE ORDER**

Pursuant to Rules 26(c) and 45(d) of the Federal Rules of Civil Procedure and Rules 7.1 and 37.1 of the Local Rules of this Court, Centro de los Derechos del Migrante, Inc. ("CDM"), a non-party to this action, respectfully moves this Court to quash the subpoena in full that was issued to CDM by Defendants. CDM, a non-profit migrant rights and legal services organization, respectfully asserts that it seeks a protective order that it will not be required to produce: (1) research materials, including interviews with vulnerable migrant workers, used to prepare the academic research report *Taken for a Ride;* (2) documents reflecting legal advice CDM provided to migrant workers in furtherance of its organizational mission; or (3) documents reflecting CDM's other confidential and strategic advocacy efforts on behalf of its clients.

The grounds for this motion are set forth in the accompanying memorandum of law submitted herewith.

WHEREFORE, CDM respectfully requests that this Court grant the foregoing motion and enter an order consistent with the relief requested.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), CDM respectfully requests a hearing on this motion.

## LOCAL RULE 7.1 AND 37.1 CERTIFICATION

Counsel for CDM hereby certifies that it has conferred with counsel for the Defendants and has attempted in good faith to resolve or narrow the issues involved in this motion. Counsel for CDM further certifies that it has complied with the provisions of Rule 37.1 of the Local Rules of this Court. As required by Rule 37.1, details of the conference are set forth in the accompanying memorandum of law.

| | |
|---|---|
| Dated: August 8, 2014<br>　　　　Boston, Massachusetts | Respectfully submitted,<br><br>/s/ Kurt Wm. Hemr<br>Kurt Wm. Hemr  (BBO #638742)<br>SKADDEN, ARPS, SLATE,<br>　 MEAGHER & FLOM LLP<br>500 Boylston Street<br>Boston, Massachusetts 02116<br>(617) 573-4800<br>kurt.hemr@skadden.com<br><br>Miriam Tauber<br>SKADDEN, ARPS, SLATE,<br>　 MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-2838<br>*Of Counsel*<br><br>Counsel for Non-Party<br>Centro de los Derechos del Migrante, Inc. |

**CERTIFICATE OF SERVICE**

　　　　I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 8, 2014.

| | |
|---|---|
| Dated: August 8, 2014 | /s/ Kurt Wm. Hemr<br>Kurt Wm. Hemr |