UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JORGE PILAR GARCIA,<br>on behalf of himself and all<br>others similarly situated,<br><br>                    Plaintiff,<br><br>            v.<br><br>E.J. AMUSEMENTS OF N.H., INC.<br>d/b/a FIESTA SHOWS, et al.<br><br>                    Defendants. | CIVIL ACTION<br>NO. 13-cv-12536-PBS |

## NOTICE OF APPEARANCE OF TERRY KLEIN

Please enter the appearance of the undersigned counsel on behalf of third party JKJ Workforce Agency, Inc. in the above-captioned action.

Respectfully submitted,

     /s/            Terry Klein
HENSHON KLEIN LLP
Terry Klein, BBO# 652052
120 Water Street, 2d Floor
Boston, Massachusetts  02109
Telephone: (617) 367-1800
Facsimile: (617) 507-6454
Dated:  March 26, 2015           (tklein@henshon.com)

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) March 26, 2015.

     /s/            Terry Klein

1